JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN SANDOVAL AHUACAMA, <br><br>      Petitioner, <br>   v. <br><br> WARDEN OF ADELANTO ICE PROCESSING CENTER, et al. <br><br>      Respondents. | No. 5:26-cv-01900-DSR <br><br> **JUDGMENT** |

Pursuant to the Court's Order Granting Petition and Issuing Writ of Habeas Corpus for Immediate Release,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that Judgment is entered in favor of Petitioner and against Respondents.  The Order constitutes final disposition of the Petition by the Court.

DATED: May 1, 2026                    _____

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE